PAUL ADLER and Others, Individually and as Copartners Doing Business under the Firm Name and Style of ADLER, COLEMAN & Co., GEORGE SIROTA and NATHAN A. ROSEN, Individually and as Copartners Doing Business under the Firm Name and Style of SIROTA, ROSEN & Co., Respondents, v. BUSH TERMINAL COMPANY, JAMES C. VAN SICLEN and C. WALTER RANDALL, as Receivers in Equity of the BUSH TERMINAL COMPANY and as Trustees of the BUSH TERMINAL COMPANY, a Debtor, under Petition for Reorganization by Reason of Section 77B of the Bankruptcy Act, Appellants.— Order granting examination before trial and directing defendants to produce books, records and documents, and to permit discovery and inspection and the taking of certain photographs, in an action to recover damages against a bailee for hire, affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

MINNA BENJAMIN, Respondent, v. HARRY BENJAMIN, Individually, and Doing Business under the Name of HARBEN Co., Appellant.— Action upon a promissory note. Order granting plaintiff's motion to strike out the answer and for summary judgment under rule 113 of the Rules of Civil Practice, and judgment entered pursuant thereto, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.

ANIELLO BOGLIONE, Appellant, v. HUNTERSPOINT LUMBER & SUPPLY Co., INC., and PETER CALLAN, Defendants; KRAMER & DUMEY, Respondents.— Order granting plaintiff's motion for a substitution of attorneys, in so far as it fixes the compensation of the attorneys on a percentage basis, reversed on the law and the facts, with ten dollars costs and disbursements, and the matter is remitted to Special Term to fix said compensation for services on a *quantum meruit* basis. (*Matter of Tillman*, 259 N. Y. 133; *Matter of Krooks*, 257 id. 329.) Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ., concur.

ALVAH W. BURLINGAME, Appellant, v. THE SUN PRINTING AND PUBLISHING ASSOCIATION, Respondent.— Order denying plaintiff's motion to vacate defendant's notice of examination before trial and to set aside the subpœna *duces tecum* served therewith affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ., concur.

HENRY A. CORNELL, as Committee of the Estate of SARAH KELEHER, an Incompetent Person, Respondent, v. NORAH BURNS, Also Known as NORAH KELEHER, Appellant.— Order denying defendant's motion to vacate a warrant of attachment in an action for conversion of a sum of money affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ., concur.

ANNA FAULKNER, Respondent, v. JOSEPH FAULKNER, Appellant.— Action for separation. Judgment in favor of the plaintiff wife unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Close, JJ.